NATHAN COHEN v. ANNIE TEITELBAUM, as Executrix, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so that the appeal can be argued on or

before the 14th day of October, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.